UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 28322
    MIGUEL A VALENCIA
    ILENE MILLAN                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-8224    SSN XXX-XX-9467

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/18/05 and confirmed on 09/29/05.

    2.  The case was dismissed after confirmation, 04/25/2008.

    3.  The Debtor paid a total of $ 66529.95 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | 9016.00 | .00 | 9016.00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 107.66 | .00 | 107.66 |
| ROUNDUP FUNDING LLC | SECURED VEHIC | 8600.00 | 471.18 | 8600.00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 7900.00 | 432.81 | 7900.00 |
| CONTINENTAL FURNITURE | SECURED | 2000.00 | 82.97 | 2000.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5340.27 | .00 | 5340.27 |
| ASSOCIATED CARDIOVASCULA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 907.78 | .00 | 761.71 |
| DEVRY INC | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 3537.31 | .00 | 2968.15 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 9654.18 | .00 | 8100.79 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 518.24 | .00 | 434.85 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL RECOVERY SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES HOSPITAL & HEAL | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| REVENUE MANAGEMENT CORP | UNSECURED | NOT FILED | .00 | .00 |
| RIVERSIDE MENTAL HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5877.84 | .00 | 4932.08 |
| HSBC AUTO FINANCE | UNSECURED | 11301.49 | .00 | 9483.04 |

            Summary of disbursements:

```
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   27623.66     5340.27     31796.84         .00     64760.77
PRINCIPAL PAID       27623.66     5340.27     26680.62         .00     59644.55
INTEREST PAID          986.96         .00         .00         .00       986.96
TOTAL PAID           28610.62     5340.27     26680.62         .00     60631.51
```
The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   3198.44 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/18/08              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE